IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL DOMBROWSKI,<br>    Plaintiff, | : | CIVIL ACTION |
| v. | : | No.:   11-cv-1278 |
| GOVERNOR MIFFLIN SCHOOL DISTRICT,<br>    Defendant. | : | FILED<br>MAY 17 2011<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

**ORDER**

AND NOW, this 17th day of May, 2011, after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and any objections filed thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Defendant's Motion to Disqualify Robin J. Gray, Esquire as Counsel for Plaintiff Rachel Dombrowski is DENIED WITHOUT PREJUDICE.

BY THE COURT:

_____
C. DARNELL JONES, J.