IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL DOMBROWSKI, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-1278 |
| v. | : | |
| GOVERNOR MIFFLIN SCHOOL DISTRICT, | : | |
| Defendant. | : | |

**JONES, II, U.S.D.J.**                                                                                   **June 29, 2012**

## <u>ORDER</u>

And now, this 29th day of June, 2012, it is hereby ORDERED that:

1. Defendant's Motion to Dismiss Portions of the Plaintiff's Amended Complaint and to Strike Portions Thereof (Docket No. 36) is GRANTED IN PART and DENIED IN PART as follows:

   A. Count One shall proceed.

   B. Count Two is dismissed with prejudice.

   C. Count Three is dismissed with prejudice.

   D. Count Four is dismissed with prejudice, except for the due process claim concerning the January 2011 School Board hearing which shall proceed.

   E. Plaintiff's claims for punitive damages are dismissed.

   F. Paragraphs 68 and 69 of the Amended Complaint are stricken; all other Paragraphs shall remain.

2. Plaintiff shall file a Second Amended Complaint in conformance with the Court's Memorandum and Order no later than <u>July 23, 2012</u>.

3. Defendant shall respond to the Second Amended Complaint within the time set forth in the Federal Rules of Civil Procedure.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II,   U.S.D.J.